UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD JOSHUA SMITH, | ) | CASE NO. CV 12-6213-AG (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| L. SCOTT MCEWEN, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Report, and Recommendation of United States Magistrate Judge, etc.,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>May 27, 2013</u>.

*[signature]*

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Smith Judgment.wpd